**Exhibit A to the Complaint**

**Location:** The Bronx, NY

**Total Works Infringed:** 113

**IP Address:** 70.23.11.114

**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: F266E221369491390668329A38B6A38EBCC03706<br>File Hash:<br>C0C330DCEFB00C1944B22CB43BE052750B83B2080F89D5A9FEA7293290A0C3FA | 10-14-2023<br>23:59:17 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 2 | Info Hash: A5D7813ECDE3213C7AB633B784DA5A9198CA5873<br>File Hash:<br>493C7EBE1438ED95F25D6B00DCA9D0937DEFB2873E0BBA80377DDDF1A1639B4B | 10-09-2023<br>14:27:35 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 3 | Info Hash: 2A28AF570330AEF1F87E11F7EBDCB8BCAF12A051<br>File Hash:<br>4EE0076A41A64B4986413C011B1A7670FD1AF85007214252346379923478 6BFF | 10-07-2023<br>13:07:19 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 4 | Info Hash: 9A1EB01CB679D87DD18668D3B32FE2A9BAAC1472<br>File Hash:<br>A4D9CF1A0C655B2144655B111477D8B3E7799C7A89C392485E664316434F96DD | 09-21-2023<br>00:43:32 | TushyRaw | 09-20-2023 | 10-18-2023 | PA0002435608 |
| 5 | Info Hash: 71CDF130EE9A96C4716F303ED30A9C9090890724<br>File Hash:<br>39B3148BA01CBB663E75B5A06746B366040D4A19E9A1CDFC6DD5A009834BA2F5 | 09-21-2023<br>00:37:39 | Tushy | 09-17-2023 | 10-18-2023 | PA0002435347 |
| 6 | Info Hash: 712C72A0CA149BB66DFC3BEE5592C38F13DD30AE<br>File Hash:<br>BB3262453ED7D8BA0C4D17979B64B9CBAB785046248C12415DE92A1F2C91F282 | 09-20-2023<br>00:58:43 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 7 | Info Hash: F50CE20991F39FB28F5206DAD392D443FA9FD2B6<br>File Hash:<br>C713FB490505C59A7D6B38B913D2BB0E63DD0EDF3079EBD60BF2F49C5A490EAF | 09-17-2023<br>21:52:29 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 8 | Info Hash: 43FC145850F32A3C2C7B32165E1FF523D2545639<br>File Hash:<br>B3E3D3BC276AC0E615B0130C3D1541F6C494B88C1D811E066F5A22E9DD7AAB53 | 09-17-2023<br>21:45:39 | Blacked Raw | 09-04-2023 | 09-17-2023 | PA0002430908 |
| 9 | Info Hash: 791E40B5FA18233F6190F080CCD8DE742C73E299<br>File Hash:<br>1642C04BADB4BD27AA5FF5FD72B1ABCFBC8C03E491BAC0256DCF49D98E8521A9 | 09-09-2023<br>14:16:41 | TushyRaw | 09-06-2023 | 09-18-2023 | PA0002430907 |
| 10 | Info Hash: 78B236FDFFFA15B8D5AB7D2AE6F3FB65542B35DF<br>File Hash:<br>7FDE76CB85E77F0311F09EF380AFA222EACA1D2EC0EB986D4D93ADC39A5C6098 | 09-03-2023<br>11:10:51 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 11 | Info Hash: F682DFBEE6EF45485F282FEB3D208FC5EBF989A2<br>File Hash:<br>51F0B8926051C051BC261B8C290E63F41FF433D3CB081D41C34F057659FEFB3A | 09-03-2023<br>11:09:30 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 64C96C1E394CFE997AAE489B10F2E5FAAB3696FD<br>File Hash:<br>A499844E51FFCC1FEED38115498E25CBC02C5B84DF7AC509CA3D72C391979B62 | 09-03-2023<br>11:08:30 | Blacked Raw | 08-14-2023 | 10-18-2023 | PA0002435302 |
| 13 | Info Hash: 1637C53172E9BDFB7F2F1C608C88BAF078433DAD<br>File Hash:<br>8210793AD09BA6FC2F0879336D5B4EB31EA0CA359CB26CE1F2CF119506539F96 | 09-03-2023<br>11:08:16 | Blacked | 08-26-2023 | 09-18-2023 | PA0002430902 |
| 14 | Info Hash: 0AE9B160D36E7D61C82F02E9C06C16847CAEFBF0<br>File Hash:<br>EFA5C20C4BC26CD834AD0CDEA274288EFA6DF1C4C0BE2132BDFECF19D8511695 | 09-03-2023<br>11:03:51 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 15 | Info Hash: A9268293D9108412EBAFCE6C64F3F7E21CBA25CC<br>File Hash:<br>F1A9F57B1803CDA3AA5E62884A3A47BF11CC259AD207326500D9B2EA8C5D637D | 08-14-2023<br>13:39:10 | Tushy | 08-13-2023 | 10-18-2023 | PA0002435313 |
| 16 | Info Hash: 9DBFB17E79FD811E7170C513AFC666FD1FE6D4F0<br>File Hash:<br>EB6D46E009ADF7F9C443D8955389F43FC7A0ADF96576A7B53CA0CEAB549B55B3 | 08-12-2023<br>14:27:13 | TushyRaw | 07-12-2023 | 08-17-2023 | PA0002425538 |
| 17 | Info Hash: A831AE4361237A9643F0DA0C0937D370067CA9B2<br>File Hash:<br>2459B3793EA41D428BD920E5F451D031B5CBEF3EFFA9233B143AC79F2D6B8EED | 08-12-2023<br>14:12:55 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 18 | Info Hash: 557ED391A491D14DCC683E7A2F5F7B1D4093CFCD<br>File Hash:<br>65D00E8AB635215F0ECDD34079BACC4C1CBA68074BB6E59F91330159FFE66E7E | 08-07-2023<br>14:09:41 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 19 | Info Hash: 2FFD63157F7E7B58CD4450ACDCCB654B10D10DD1<br>File Hash:<br>39AB3091E80CAFE9C6C0628F8344F772BFB78882AAF490524363D0FA4092F14F | 08-02-2023<br>22:51:22 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 20 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash:<br>967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 08-02-2023<br>00:00:10 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 21 | Info Hash: A79C404BE95479583231FD9D72E8A2157A8393DE<br>File Hash:<br>1307DFF195A5863F802EE788697E19FDF35D7CFE388A603F50FD1EBB08DF5C4C | 07-31-2023<br>02:19:20 | TushyRaw | 07-26-2023 | 08-17-2023 | PA0002425530 |
| 22 | Info Hash: 5A4E073E87F38F2C0D42AA26B1476210E4539CCB<br>File Hash:<br>055B299D8922314759E8F8344246885D13F17AF5BE062CB7661B6CAC3D6C349E | 07-31-2023<br>02:18:43 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 23 | Info Hash: C3662E87FF30730296F71BD27916BCC1692B874C<br>File Hash:<br>EEDE59DDCFB54800762B64CBACFD7F80A3F7F4BAAE7F93805B625A8A7F2ED1D4 | 07-29-2023<br>13:18:50 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 86F66EFB32F4F3D5938AC635BC15B254E8116C94<br>File Hash:<br>A01157A034A907BB754E80BE3B0B7D048213B28690F7492D2A9EE37C7110727A | 07-23-2023<br>11:33:48 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 25 | Info Hash: 809293C21DB10B7116A8B84BA7E2E17B79CEE866<br>File Hash:<br>642AB20417DF2F3C02C8D1DCA956BCBECFFD743FCE1F66592E0369D690E64D5B | 07-22-2023<br>12:30:44 | Blacked<br>Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 26 | Info Hash: D523C54C740943730D2C4F09DD92F4218F1CA7D1<br>File Hash:<br>F885109D4F39C2E1ADD8A753F6A6C9A618CD813F2471C91070DFCEA332C5C63F | 07-15-2023<br>14:49:51 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 27 | Info Hash: B9439DD9BBD20DF76D1416C7457A4935D402C0E5<br>File Hash:<br>05C4EB9A6E77F1C3A7FC9260F94E67609F4875E3313669657EDF0B4DF5E9C6A3 | 07-15-2023<br>14:41:13 | Blacked<br>Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 28 | Info Hash: C535ECFAC3E2D5E02CBEF9BE4ABB94677793055C<br>File Hash:<br>07E8A4E31AE2DA69DE9C0930EC62485DF37C2C55BB833EF64675FCE169D7DEEC | 07-04-2023<br>12:41:10 | Blacked<br>Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 29 | Info Hash: BCC7EF88676C4414207330DFED842DF7E8D21F71<br>File Hash:<br>13F499A951372115FEFF5073A727704FB789FB34AA7709B2EAAAD343589E5231 | 07-03-2023<br>13:23:44 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 30 | Info Hash: EEA85095DC190EA7ED8DD2B53CFB4E5421ACF288<br>File Hash:<br>BE79691B61CE08F030E774506EBD77FD03168172E818A15D218830884D8C0F73 | 06-30-2023<br>13:23:03 | Blacked<br>Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 31 | Info Hash: 7CA44F394BA7D268AEF3B612D1AF7D821E04F871<br>File Hash:<br>03E6110B7983B12380554BFAB80C2B661B9A61B6B8D95D2C4261832D9826A84B | 06-19-2023<br>13:14:06 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 32 | Info Hash: 9C86D551830E010D26ED2E75E3073CF361779ADB<br>File Hash:<br>480442E76B40F6DF2697AF4B44C2157C814F6951A4BD183B5876F654AA6F9CFD | 06-19-2023<br>13:06:40 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 33 | Info Hash: 9BBE09451939FF4EAC63E3BC7C667B737C5B165C<br>File Hash:<br>F6A9B166BB8982B9D8BBCAA236EE46C20F25A1394E22BFA0440FD97F789122E5 | 06-19-2023<br>13:06:13 | Blacked<br>Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 34 | Info Hash: 3EA9B84FA8C9C8323C5E3EA7A084CC1AC667FAB1<br>File Hash:<br>D077C599BCDE53E0DDD6338CBE0201A88CF15C0FF4B764EECEE8F9647093DD84 | 06-19-2023<br>12:53:25 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 35 | Info Hash: 566225D6E9FC2F8009A226AA9018CE67984022DD<br>File Hash:<br>C6670E22C246DA3924483CDEAC0C3FFBEF98D4B2EE9154E88DF832F222FCA719 | 06-15-2023<br>20:34:07 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash: 7581486ADBC5E109234C53EB45D4096005816856<br>File Hash:<br>ED99F7C1B6B16C2114AC48025ACF413CE12C34D966C58DE0861FEC93360E3AF6 | 06-14-2023<br>22:56:17 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 37 | Info Hash: 32F3F44C9C4593B5CBFDB09791B4E955871E4DC7<br>File Hash:<br>DC254DBE264C03B131548FD48788A975D96ED61BBF3A885E7CD20C0D918624E0 | 06-10-2023<br>14:26:27 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 38 | Info Hash: B2FD50467EDC2173F484EC6CFA342A59CF0A229A<br>File Hash:<br>3C10846368612819A58F96D419676C777C16CCD5694BE9D9C5AD4E2557AE1912 | 06-02-2023<br>21:55:10 | Tushy | 05-28-2023 | 06-09-2023 | PA0002415376 |
| 39 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash:<br>AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-27-2023<br>15:18:25 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 40 | Info Hash: EEEC559C8B781DA31220AE506BD79F18A9F2BDDD<br>File Hash:<br>F056E80D1AA66100AA5552CA1D31150AD7403A5D395C327C232FBB86142F4970 | 05-20-2023<br>12:48:48 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 41 | Info Hash: 27C3D3574B9C056507577AC454D9F5DCB35239D6<br>File Hash:<br>01600ADBA3B50DA09F3116EE7A13EF9CE423AD0E1A5FA611E59664DA584E6E1D | 05-17-2023<br>23:53:33 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 42 | Info Hash: 768FEBBF87383AC1B5FE2F827B423121E480949E<br>File Hash:<br>E0DCE91A519211C3C8BCF1E67A6F8BEDA4E91B3DB0BAE2C4AC3E554860AD484C | 05-16-2023<br>22:08:51 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 43 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash:<br>E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05-13-2023<br>13:35:44 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 44 | Info Hash: 4115B5FED71CBBE03BF7B88FA471D0A3F5AC0682<br>File Hash:<br>08DA4AA68B997063CE25CA19CD1DDDA4DBC23CF9E08FE04E51C89D80BCF74830 | 05-08-2023<br>23:33:28 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 45 | Info Hash: B7FED358279E9DFB1F4AC53FBD793535B5BD700F<br>File Hash:<br>68393117762F6CAA5518BDDE37E3215A7F0AD368F590E9752F5DD9ACAD049872 | 05-08-2023<br>22:52:59 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 46 | Info Hash: FE46517AF77D36BF1EAB4D1293DCA4A3C2E3CB75<br>File Hash:<br>E5A081848FDAB194B6A7822E2AD57DF663C019BBFC31BF6249DFF673DF724A70 | 05-04-2023<br>12:32:32 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 47 | Info Hash: 568BE84F7CBA01584007DBA8E686B980543165BB<br>File Hash:<br>8C29FEE93DC97C733133B9219C2A17012F83BB5A4BEF2B6003137C9497A81F0D | 05-02-2023<br>14:19:24 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 48 | Info Hash: BA837EB15A56A07ABA79E60D5D1C696419D4A44F<br>File Hash:<br>8B2E742B457AB3FDB46A1DCFF4B61B950DBCA1E4944709E4ACE78F8617178CFE | 05-02-2023<br>14:07:27 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 49 | Info Hash: 732813BB2180BDE9475B1630CCE9364D0C069228<br>File Hash:<br>A0C0E5FF9FB0A72DF42E4CFBF3DCE9FB22CDE152D96D350510E350015045EFFE | 05-02-2023<br>13:48:53 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 50 | Info Hash: E64F1EF5FC18A3D1F630E1B0838A175EC34A6C1B<br>File Hash:<br>C617308E6E87FCED4A6E80E60EC04C9C02C4EA163270C3FFA88F71863FF4DD98 | 04-26-2023<br>20:59:23 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 51 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash:<br>B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 04-25-2023<br>19:53:36 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 52 | Info Hash: F44B66E867E84AAF3293899293D256A90CFBAC6B<br>File Hash:<br>A061C6BB38FA83A4DD51FCFD689106718DD776FB125111098B3AD1758D752B14 | 04-25-2023<br>19:37:37 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 53 | Info Hash: 703C507B4D80C2A8BB97DA1CC96D85BC286BA7BB<br>File Hash:<br>A5BEDB68F77502A6FA60FC52B9C8B71F732359B132282E4583B445AD65F4F659 | 04-25-2023<br>19:24:28 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 54 | Info Hash: 65C96C9B29CA86AFDC7700127473D74E2231ED47<br>File Hash:<br>789D388B32450DD7765516215B4AE6E80EADDD364F306CD24092B293E915B7C6 | 04-22-2023<br>14:10:32 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 55 | Info Hash: 161B9B606AB5C8C0472E9A966A7704A63941B235<br>File Hash:<br>5FE40D3ACE878D048EF1470A44C17FF947D3CC84E202603797F25758688B268F | 04-18-2023<br>21:57:36 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 56 | Info Hash: 2F39721994555AEF825B8CA98989E8D0CE827B17<br>File Hash:<br>375D9E9D36A5A7BAC02D0F9CC47D2C9C7F032F53400C644D268A225E5EADCB51 | 04-15-2023<br>14:46:24 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 57 | Info Hash: 687BF229F885DE53EFCBBD498806CFE0B189E9DB<br>File Hash:<br>327979B2687E1219524B3C33CEA00B5AF2264AF76632DEB7AE5E1F8F22D56F2E | 04-08-2023<br>13:40:07 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 58 | Info Hash: D5B601E3297BF181A2C55EE1A41B03F1CC238275<br>File Hash:<br>30C5952BEDB2CDE9CCFC0199AB3C2E144AC49C61D63385FEA2A49237659D8346 | 04-08-2023<br>13:34:52 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 59 | Info Hash: 59DD288BAADF757205CE3C3D12775311336DBC5A<br>File Hash:<br>E4B93F1FED8D0E4337F296DAED5853EF61ABEC297606DF842E7A116EF9574F93 | 04-03-2023<br>23:37:05 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 60 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118 <br> File Hash: <br> A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 03-30-2023 23:29:06 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 61 | Info Hash: 01D62C4CA7EB63B76D13B289DF7F87511A4DFDA4 <br> File Hash: <br> 4454AB18E201AB5D98184AC991209C69EE5A4976FCE9409B0C519593B53C6524 | 03-29-2023 21:20:17 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 62 | Info Hash: E425154C12EF14E82D9AA4CD838DCC3A022EF345 <br> File Hash: <br> 8380DC79F1EFC94A5C2268E8F7CA09A5B970BAA7D0F6F16DF84B000F438DD150 | 03-29-2023 21:13:22 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 63 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12 <br> File Hash: <br> 0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 03-22-2023 12:46:29 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 64 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91 <br> File Hash: <br> 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03-20-2023 15:37:31 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 65 | Info Hash: 5F76422A638167469AE43626ED20A8C2D145C7A8 <br> File Hash: <br> A8FDFF8655CD654D590141DA298C5002DABDB594E023334B8B991D75AA18570E | 03-18-2023 15:00:35 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 66 | Info Hash: 25090B9BAD6CDE241568913E5E3F3B7930400E1C <br> File Hash: <br> FDA69297AED1260BD43524C2BC11D728EF43A20D6BC1941F592D5CB4ABC7362E | 03-16-2023 19:59:51 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 67 | Info Hash: 2BEDBBE0800BD3B39FA70096CDF1CDBE9F1CDA3A <br> File Hash: <br> 18266B274FB81C997AD2C555D63582A5741308309E3506933969F4CF538AD5C6 | 03-16-2023 19:57:54 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 68 | Info Hash: 5AAE27B2C267BC39A5A3691652905D91205E7034 <br> File Hash: <br> 54072A835473C6D71867FA13B6693A8E818B362633258F4F1E172BB2E3F19DC5 | 03-13-2023 15:05:04 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 69 | Info Hash: FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1 <br> File Hash: <br> B0D5581077FEF7AFF6B3F1D8BC39F8610C0BEBC84648CB0891AF544B9FDACEBA | 03-13-2023 14:55:59 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 70 | Info Hash: 9A6B1AB94635E9B086A0566029A5ACA2871FA5D4 <br> File Hash: <br> A04FF98DC25B01B376CE9EEF7DBEA6A59687F24E6B99C4B6984BCEFE41ED5105 | 03-10-2023 00:52:58 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 71 | Info Hash: D5B90D45681C50DD77A2C367E42F22356CA0CBCB <br> File Hash: <br> 6F4B1FC425EF82511CDAFC1CCEB20014D7D623D947FF826934E196284408B777 | 03-09-2023 23:38:31 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash:<br>8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-03-2023<br>03:31:29 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 73 | Info Hash: 0AB9E156B1D25041EF6CF1309825A7FB369882F7<br>File Hash:<br>B563FEA4467629FD146699139F4D92C028292C390BB991CF1E29A23889970EAA | 03-03-2023<br>03:16:25 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 74 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash:<br>343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02-26-2023<br>22:10:57 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 75 | Info Hash: 4E51843365781B369F567039723982E38EA811D8<br>File Hash:<br>286FCB6EE4A573AD9388BD821F3AFE76CD839AF65FEF77991CD19BD881080606 | 02-25-2023<br>15:30:03 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 76 | Info Hash: 730A6EA4A7D87CE6E07211AA603BE315398D8CE0<br>File Hash:<br>AF90D0410BE0B3B19A1FCB3C24AFCC3391678DC550809C3F18BED1E2405197AB | 02-25-2023<br>15:27:38 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 77 | Info Hash: 605B0ACA5BE15431FDE1784E258A0F0C87CD9708<br>File Hash:<br>58EC7A57124D33A1F96FD09D39750E786643A639F14357854FF64504047B18F9 | 02-25-2023<br>15:24:55 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 78 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash:<br>CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 02-25-2023<br>15:10:36 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 79 | Info Hash: D54AA0900EF67CFEEA274727BD1234A04A851773<br>File Hash:<br>9E03E8F2EAC1127ABBE3600BBFD0799C99F41910D75F365CA4859CA4C9F337FB | 02-20-2023<br>15:33:09 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 80 | Info Hash: 4E8A6F53301141CCD9FF05FDB3BDE1B81B343863<br>File Hash:<br>C2F9924C4E647C4D97CEE555ADD3EB04C8B60C657E747D4E7E332AE832EF06CA | 02-20-2023<br>15:14:15 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 81 | Info Hash: 02C5AC2FF97A14C733A92B7AC0EA72F8460BF52E<br>File Hash:<br>88DE46D310A7E8FEE54C57A3EEFBF921EFD0227C9F6E888E79BDF68890BF35CC | 02-14-2023<br>18:20:47 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 82 | Info Hash: A15959F09238709C559D243DA15D56AB1871D3F8<br>File Hash:<br>347CE4A551CE253B2DADFF2C08D42F385A9050FFB2A2658BB1397FF55FDF0257 | 02-13-2023<br>21:53:52 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 83 | Info Hash: 2120DFD96A20E8509A3633E7094AB1671FAC7067<br>File Hash:<br>8B6E54FD5073CA91378066DAB871D3A7719166D06817BEB2FE85337EAB117E7C | 02-13-2023<br>21:40:17 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 84 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash:<br>B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-11-2023<br>13:43:17 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 85 | Info Hash: F46DB0DE9C9F81A72AC87B1EDCA6A37B1C05F0B1<br>File Hash:<br>1229E2C78A5A8DD79F546B00E2509BA389BBD0C55EB209BD803D0E1F2C9FFADA | 02-06-2023<br>22:50:30 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 86 | Info Hash: F6D7218591C06AC38326B36294D2C552B85199D5<br>File Hash:<br>62EE633A17BDA5B54F5CB19D185634761E874A89153C15DB5BB0D57F47223A8B | 02-06-2023<br>22:35:41 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 87 | Info Hash: 859CE452D047108C0906D5D7D5D566175C2782D0<br>File Hash:<br>631FE77C717D6660123AB8DE8B89644C85A8D0BBCAE9FE2FDC3FE161D89F6A75 | 02-03-2023<br>01:16:46 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 88 | Info Hash: 9249EA373C7CFBC0CA5296622DEF12025D4B5274<br>File Hash:<br>EF4E4BAD4C1E682C924EFDF0736D0C94C3EBAAE711257B47ED43C2F22B6EBFBD | 01-31-2023<br>22:32:14 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 89 | Info Hash: 5EA0FC18BF56AD23A07C6AA37FA53DBB0ED63A9A<br>File Hash:<br>3666EF13C7672CE3F9EDE61C675A4B592F49E471E1FE676527D400E8D7CA1B2E | 01-30-2023<br>23:08:49 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 90 | Info Hash: FAD746B7C6CA3175501C0B1506FC875459B54B5F<br>File Hash:<br>C347007DF81240F85A873822DD50167BCEF3CB410708DD7362E68C48FDA54C26 | 01-30-2023<br>22:56:00 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 91 | Info Hash: F08E75A3CCD5100C7AC72DF3642EE4407DBD8A2C<br>File Hash:<br>3669F73216FD7FA49F792E98881C0F07EE2039B31A14CEBF82E62117FEB27618 | 01-26-2023<br>00:19:46 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 92 | Info Hash: 14B4474AA97BEC828EFF43949CBB73AB72FC78C8<br>File Hash:<br>FE1CB53D73B5F940FAADEC1F4D544F53F06AC236E71736855C773A85F62E1339 | 01-25-2023<br>00:12:33 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 93 | Info Hash: 98898904E8D7E535A5FA5902863C1CA964DDB436<br>File Hash:<br>BBB7AFD8833734F114CA674F580173EE9D733C3A82B3CB1898E5CE6C3D37CF92 | 01-22-2023<br>16:01:38 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 94 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash:<br>1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 01-22-2023<br>15:46:06 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 95 | Info Hash: 629DF02CDAC1EC602F343FDCC55EDF3C6307B281<br>File Hash:<br>04F8AED78A39739C543E3B91EBEFC20E9C8DDADCCDFC1570EEB89F305CA88C54 | 01-21-2023<br>14:18:23 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 96 | Info Hash: 4BC3779188A7257BBEB0613F4A97747E1F084140<br>File Hash:<br>BBCE70350268DD19D1B0E8C893DAEEC3E364F77AE5B550FC8A9CD12BC6640DB4 | 01-16-<br>2023<br>15:16:15 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 97 | Info Hash: 899A2F207BA1A21B6E325D202DF05C0D0D4F9FFA<br>File Hash:<br>0C9A8F7F3C5E6738180B17B461DDA5E9D33030E6A1A461F97D3A261558CD8109 | 01-16-<br>2023<br>15:14:30 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 98 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash:<br>3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-16-<br>2023<br>15:10:15 | Blacked<br>Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 99 | Info Hash: BAB0E5B328DD935698943D7C572BF63BFBB6C886<br>File Hash:<br>C1DFAA775677D4FC02110E93275C748355482A4288E3F02CF19D14693A48FB43 | 01-16-<br>2023<br>15:02:35 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 100 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash:<br>546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 01-12-<br>2023<br>02:59:56 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 101 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-12-<br>2023<br>02:57:56 | Blacked<br>Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 102 | Info Hash: A88C43D9445ECF211254237676BF7B307936E59F<br>File Hash:<br>CDC3DBBC2EF9502A248137AC8CC5775DBAE075924FE76BE3E50F2EDBE8A25365 | 01-07-<br>2023<br>14:18:11 | Blacked | 04-10-2017 | 06-15-2017 | PA0002037582 |
| 103 | Info Hash: 1CD13FAA3471AA5AFC2B6D1F1B33D3881A3F5CD8<br>File Hash:<br>73B31D507C361D0BD20454E26DE2D6013F8CC60EA4308616166516CA240642D1 | 01-03-<br>2023<br>23:28:54 | Blacked | 03-06-2017 | 05-25-2017 | PA0002049777 |
| 104 | Info Hash: F6564D526D96C8F7E890291B1B468E293BBCF9B4<br>File Hash:<br>84B610F221F22DB09C5F711696092AC0FA8680E8BE6AAFF7874583598286EE77 | 01-03-<br>2023<br>23:24:57 | Blacked<br>Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 105 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash:<br>D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-03-<br>2023<br>23:20:43 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 106 | Info Hash: C007925479E9CAE8464CB50F5733191C0EC1764A<br>File Hash:<br>34B99FCF3503E925DA02EB09DA25808E24D5EB62BCE0402C837DB758CDAE249C | 01-02-<br>2023<br>14:05:51 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 107 | Info Hash: 8BEA713FCD434D6FD898D12C710C573339D81203<br>File Hash:<br>9B32378A9069940CA62371EF0D3207BB33C59DBEDBAD1ECF86DD0C58E07D05D5 | 12-31-<br>2022<br>00:25:39 | Blacked<br>Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: E6225B4C149FD76C78EBEE0819BBBE85FDD96EC1<br>File Hash:<br>29F7D614655390CAF7FF8CBB925EC981C6DAD1223FDF5D4823A3D2BD34E785C5 | 12-27-2022 14:50:19 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 109 | Info Hash: FCA311179E085C335F9CC745EE28F380EB603272<br>File Hash:<br>AB96FEF6C93F4396F72DF7DD738BA97B61243A5E4EECA58317DB9F837DF29C8F | 12-25-2022 15:56:07 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 110 | Info Hash: CF36F45DF2833E0C4D10621B285785F4078B05CE<br>File Hash:<br>4A3A50C8A137603AF774B9BE906EE3DE38433461B05B22F5B4FC817E199A4ABC | 12-25-2022 15:34:29 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 111 | Info Hash: F47B504EA4F209B90C56123FF967C4581034AD13<br>File Hash:<br>775A6AEB4FD1B174CF49CD0866715D9EB2EA7A5509100F17F748030071420079 | 12-21-2022 00:19:25 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 112 | Info Hash: CA60236D29E4C5A36B1A2BD59DBA968105F955AC<br>File Hash:<br>D40AE0203C62D97B29DA45B68BF568D372CDB7EBE39E27D9571A0A1C77E2EB03 | 12-17-2022 16:17:48 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 113 | Info Hash: CFC3B1A901EC19A0CD5390426E4AE773EB486A67<br>File Hash:<br>7D2F8E31C2C6A3EC39D9A5FD3C1785D6A4AD35D50BB9A84BE61BD594721FDD22 | 12-13-2022 20:51:52 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |